# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 27, 2015

### NO. 03-13-00716-CV

**Roy Blizzard and Donna Blizzard, Appellants**

**v.**

**Select Portfolio Servicing f/k/a Fairbanks Capital and
Manufacturers and Traders Trust Company, Appellees**

**APPEAL FROM 277TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
AFFIRMED -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on August 21, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.